UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

QUIMERA RESTAURANT GROUP LLC,

                  Debtor.

------------------------------------------------------------x
DAVID J. DOYAGA, SR., AS TRUSTEE OF
THE QUIMERA RESTAURANT GROUP LLC

                  Plaintiff,

-against-

DEUTSCHE BANK TRUST CO.
AMERICAS,

                  Defendant.
------------------------------------------------------------x

Case No.: 18-41986-cec
Chapter 7

Adv. Pro. No.: 20-01040-cec

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF SUFFOLK    )

    **AVRUM J ROSEN**, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age and resides at Centerport, New York;

    On the 16th day of April, 2020 deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT**, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and Certified Mail Return Receipt:

See attached list

                                                                    s/Avrum J Rosen
                                                                    Avrum J Rosen

Sworn to before me this
16th day of April, 2020

s/ Nico G. Pizzo
NICO G. PIZZO
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Expires December 17, 2022

***VIA FIRST CLASS MAIL***  ***VIA CERTIFIED MAIL RETURN RECEIPT***
Office of the United States Trustee  Deutsche Bank Trust Co., Americas
US Federal Office Building  Attn: Christian Sewing, CEO
201 Varick Street, Suite 1006  60 Wall Street
New York, NY 10014-9449  New York, NY, 10005